1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERTO CHAIDEZ,                         1:08-cv-00185 LJO GSA (PC)

12                   Plaintiff,
                                              ORDER TRANSFERRING CASE TO THE
13          vs.                               SOUTHERN DISTRICT OF CALIFORNIA

14   THE STATE OF CALIFORNIA OF
     CORRECTIONS AND REHABILITATION,
15   et al.,

16                   Defendants.

17   _____/

18          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to

19   42 U.S.C. § 1983.

20          The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26          In this case, only four of the eighteen defendants – the California Department of Corrections

27   and Rehabilitation , N. Grannis, Corcoran State Prison, and T. Scott – reside in this district.  The

28   claim arose, and nearly all of the events at issue occurred, in San Diego County, which is in the

                                              -1-

1   Southern District of California.  It is clear from a review of the complaint that the center of gravity of

2   this case is in the Southern District of California, and that any relationship with this district is

3   minimal.  For that reason, the case will be transferred to the Southern District of California.  In the

4   interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct

5   district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

6        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

7   District Court for the Southern District of California.

8

9        IT IS SO ORDERED.

10       **Dated:    November 5, 2009**              _____/s/ **Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28